**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 1:12-cv-01766-CMA

ANDY E. CROSS,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**ORDER REGARDING EAJA FEES**

---

Upon consideration of the parties' Joint Stipulation for EAJA Fees (Doc. # 23) pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, *et seq.*, it is hereby ORDERED that:

1. Defendant will pay Plaintiff a total of $6,500.00 in EAJA fees, which will be delivered to the office of Plaintiff's attorney, Alan Agee.

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under Section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED this __1st__ day of August, 2013.

                                          BY THE COURT:

                                          *[signature]*

                                          CHRISTINE M. ARGUELLO
                                          United States District Judge